

# Fourth Court of Appeals
## San Antonio, Texas

December 7, 2016

No. 04-15-00807-CR

Mark Allen **WATSON,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 14-2380-CR-B
Honorable William Old, Judge Presiding

# O R D E R

On October 6, 2016, appellant's court-appointed counsel filed an *Anders* brief. On October 19, 2016, appellant's court-appointed counsel filed a motion to withdraw in support of the *Anders* brief. On October 21, 2016, we issued an order informing appellant that his counsel had filed an *Anders* brief and a motion to withdraw. In our order, we noted that counsel had informed appellant of his right to review the appellate record and file his own brief, and had explained to appellant the procedure for obtaining the appellate record. We held counsel's motion to withdraw in abeyance and we set the deadline for appellant to file his pro se brief, if any, for December 5, 2016.

On December 2, 2016, appellant filed a motion for pro se access to the appellate record. Appellant also requested an extension of time in order to "find an attorney."

We GRANT appellant's motion for access to the appellate record. The Clerk of this Court is ORDERED to make a paper copy of the appellate record and mail it to appellant. We also GRANT appellant an extension of time for the purpose of filing his pro se brief. **Appellant's pro se brief, if any, is due on <u>January 19, 2016</u>. Absent extenuating circumstances, no further extensions will be granted.** If no pro se brief is filed by January 19, 2016, this appeal will be submitted without a pro se brief.

_Karen Angelini_
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of December, 2016.



Keith E. Hottle
Clerk of Court